939 A.2d 226

PATRICIA MORELLA, PETITIONER–RESPONDENT v. GRAND UNION COMPANY/NEW JERSEY SELF–INSURERS GUARANTY ASSOCIATION, RESPONDENT–APPELLANT.

Argued January 7, 2008—Decided January 30, 2008.

*Michael S. Waters*, argued the cause for appellant (*McElroy, Deustch, Mulvaney & Carpenter*, attorneys; *Lois H. Goodman*, of counsel; *Robert L. Ghelli*, on the briefs).

*Ronald M. Gutwirth*, argued the cause for respondent.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Gilroy's opinion of the Appellate Division, reported at 391 *N.J.Super.* 231, 917 *A.*2d 826 (2007).

*For affirmance*—Chief Justice RABNER and Justices LONG, LaVECCHIA, ALBIN, WALLACE, RIVERA-SOTO and HOENS—7.

*Opposed*—None.